JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CSBN 234355)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile: (408) 535-5081
   jeffrey.b.schenk@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-CR-00348-JW |
|         Plaintiff, ) | |
|    v. ) | SUBSTITUTION OF ATTORNEY |
| JOSE JESUS LOPEZ-RAMIREZ, ) | |
|         Defendant. ) | |

   Please take notice that as of, April 22, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

        Jeffrey B. Schenk, Assistant United States Attorney
        150 Almaden Blvd., Suite 900
        San Jose, CA   95113
        Telephone: (408) 535-2695

DATED: April 22, 2008

        Respectfully submitted,

        JOSEPH P. RUSSONIELLO
        United States Attorney

        _____/s/_____
        JEFFREY B. SCHENK, AUSA